1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BOBBY S. DUTTA, on behalf of himself and all others similarly situated,<br>　　　　　Plaintiff,<br>　　v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>　　　　　Defendant. | Case No. C 14-04292 CRB<br><br>Assigned to: Hon. Charles R. Breyer<br><br>ORDER RE STIPULATION RE EXTENTSION OF TIME TO RESPOND AND REPLY TO COMBINED MOTIONS TO DISMISS AND STRIKE AND/OR AMEND PLEADINGS AND TO CONTINUE HEARING DATE<br><br>[STIPULATION FILED CONCURRENTLY HEREWITH] |

////

////

////

**[PROPOSED]** ORDER RE STIPULATION RE EXTENTSION OF TIME TO RESPOND AND REPLY TO COMBINED MOTIONS TO DISMISS AND STRIKE AND/OR AMEND PLEADINGS AND TO CONTINUE HEARING DATE

Having considered the parties' STIPULATION re extension of time to respond and reply to combined motions to dismiss and strike and/or amend pleadings and to continue hearing date, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall have up to and including December 12, 2014 to file a response in opposition to the combined partial Motion to Dismiss and Motion To Strike Plaintiff's Class Action Allegations and/or file an amended pleading;
2. Defendant shall have up to and including January 9, 2015 to file a reply; and
3. The hearings for the combined partial Motion to Dismiss and Motion To Strike Plaintiff's Class Action Allegations and the Case Management Conference shall be continued to Friday, January 23, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  November 26, 2014



Hon. 
United 

2

**[PROPOSED]** ORDER RE STIPULATION RE EXTENTSION OF TIME TO RESPOND AND REPLY TO COMBINED MOTIONS TO DISMISS AND STRIKE AND/OR AMEND PLEADINGS AND TO CONTINUE HEARING DATE