UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY S. DUTTA, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 3:14-cv-4292-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>**ORDER RE STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT; AND TO CONTINUE MOTION HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>[STIPULATION FILED CONCURRENTLY HEREWITH]<br><br>Filing Date: |

////

////

////

Having considered the parties' STIPULATION re Extension of Time to Respond to Plaintiff's First Amended Class Action Complaint and to Continue Motion Hearing and Case Management Conference, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Defendant shall have up to and including January 9, 2015, to file a response to Plaintiff's First Amended Class Action Complaint;

2. Plaintiff shall have up to and including February 9, 2015, to file a response;

3. Defendant shall have up to and including March 9, 2015, to file a reply; and

4. The Case Management Conference shall be continued to March 20, 2015 at 8:30 a.m.

IT IS SO ORDERED.

Dated: Dec. 19, 2014



Hon. Charles R. Breyer
United States District Judge