United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY S. DUTTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendant. | No. 3:14-cv-04292-CRB<br><br>**ORDER DENYING DEFENDANT'S COMBINED PARTIAL MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S CLASS ACTION ALLEGATIONS** |

　　For the reasons stated in open court, the Court hereby DENIES Defendant State Farm Mutual Automobile Insurance Company's combined partial motion to dismiss and motion to strike Plaintiff's class action allegations (dkt. 32).

　　**IT IS SO ORDERED.**

Dated: March 24, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE