IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY S. DUTTA, | No. 3:14-cv-4292 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

On November 3, 2016, the Court granted summary judgment in favor of the Defendant. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the Defendant and against the Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 3, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE